# ORIGINAL

LODGED

2008 JUL 25 PM 12: 36

CENTRAL DISTRICT

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Of counsel:
   William S. Strong, Esq.
7  Amy C. Mainelli Burke, Esq.
   KOTIN, CRABTREE & STRONG, LLP
8  One Bowdoin Square
   Boston, MA 02114
9  Telephone: (617) 227-7031
   Facsimile: (617) 367-2988

10
   Attorneys for Plaintiffs Cengage, Inc.,
11 The McGraw-Hill Companies, Inc.,
   Pearson Education, Inc. and John Wiley
12 & Sons, Inc.

13 Daniel Cho d/b/a Archetype Design &
   Screen Printing
14 2678 Cherrybark Lane
   Corona, California 92881
15 Telephone: (951) 533-3943

16 Defendant

17

18

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

19

20 CENGAGE LEARNING, INC., a
   Delaware corporation, THE
   McGRAW-HILL COMPANIES,          Case No. EDCV08-908 SGL (OPx)
21 INC., a New York corporation,
   PEARSON EDUCATION, INC., a
22 Delaware corporation, and JOHN
   WILEY & SONS, INC., a New York   [PROPOSED] ORDER RE
23 corporation,                     PRELIMINARY INJUNCTION

24              Plaintiffs,

25 vs.

26 DANIEL CHO d/b/a ARCHETYPE
   DESIGN & SCREEN PRINTING,
27 and Does 1-10, inclusive,

28              Defendants.

1.

*Cengage Learning, Inc. v. Daniel Cho:* [PROPOSED] ORDER RE PRELIMINARY INJUNCTION

**CONFIDENTIAL/FILED UNDER SEAL**

**NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT**

This Court, having considered the Parties' Joint Stipulation re Preliminary Injunction, and finding good cause therefore,

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     Defendant Daniel Cho, his business Archetype Design & Screen Printing, their agents, servants, employees and attorneys, and all other persons in active concert and participation with any of them are hereby restrained and enjoined, pending termination of this action, from reproducing and/or selling any copy of any book or other publication by any of the Plaintiffs;

2.     Defendant Daniel Cho, his business Archetype Design & Screen Printing, their agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of them are hereby restrained and enjoined from allowing customers to use his photocopying machines to make unauthorized copies of books;

3.     Defendant is required to preserve during the pendency of this action:

   a. All business records, including but not limited to receipts, invoices, purchase orders, inventory control documents, accounting books, copying records, catalogs, etc., relating to the reproduction and/or sale of any book or publication;

   b. Any printed copies in Defendant's possession of any book or publication;

   c. Any promotional or advertising material relating to the reproduction and/or sale of any book or publication;

   d. Any molds, screens, patterns, plates, files, or negatives, used for reproducing.

2.

*Cengage Learning, Inc. v. Daniel Cho:* [PROPOSED] ORDER RE PRELIMINARY INJUNCTION

1      4.      This Preliminary Injunction is issued without the posting by Plaintiff of

2    any additional bond.

3      5.      Upon entry hereof, the Temporary Restraining Order herein, dated July

4    24, 2008, is vacated as to the stipulating Defendant.

5      6.      This Order shall be deemed to have been served upon Defendants at the

6    time of the signing thereof by the Court.

7      7.      The hearing on the Order to Show Cause as to the stipulating

8    Defendants is vacated.

9      8.      The Sealing Order entered by the Court shall be lifted.

10   Dated:   7 - 25 - 08.

11

12                                        _____
                                          Hon. Stephen G. Larson
13                                        Judge, United States District Court,
                                          Central District of California
14

15

16   PRESENTED BY:

17   J. Andrew Coombs, A Prof. Corp.

18   By: _____
         J. Andrew Coombs
19       Nicole L. Drey
     Attorneys for Plaintiffs Cengage
20   Learning, Inc., The McGraw-Hill
     Companies, Inc., Pearson Education,
21   Inc., and John Wiley & Sons, Inc.

22
     Daniel Cho d/b/a Archetype Design &
23   Screen Printing

24
     By: _____
25       Daniel Cho d/b/a Archetype
         Design & Screen Printing
26   Defendant, *in pro se*

27

28
                                    3.

*Cengage Learning, Inc. v. Daniel Cho:* [PROPOSED] ORDER RE PRELIMINARY INJUNCTION

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 25, 2008, I served on the interested parties in this action with the:

- JOINT STIPULATION RE PRELIMINARY INJUNCTION
- [PROPOSED] ORDER RE PRELIMINARY INJUNCTION

for the following civil action:

CENGAGE LEARNING, INC., et al. v. DANIEL CHO, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Daniel Cho d/b/a Archetype Design & Screen Printing
2678 Cherrybark Lane
Corona, California 92881

Place of Mailing: Glendale, California
Executed on July 25, 2008, at Glendale, California

_____
Katrina Bartolome